PROB 35
(Rev. pawp 6/03)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Western District Of Pennsylvania

2007 SEP 14 PM 2:56
CLERK US DISTRICT COURT

UNITED STATES OF AMERICA

v.

Raymond Edward Simmons

Criminal No. 0315 1:01CR00027-001(Erie)

On July 8, 2005, the above named began supervised release for a period of 60 months. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Shannon Smith Meyers
United States Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 24th day of September, 2007.

Maurice B. Cohill Jr.
Senior United States District Judge